842 So.2d 275 (2003)
Gillis WATSON, Appellant,
v.
STATE of Florida, Appellee.
No. 1D02-4115.
District Court of Appeal of Florida, First District.
April 16, 2003.
Nancy A. Daniels, Public Defender; David A. Davis, Assistant Public Defender, Tallahassee, for Appellant.
Charlie Crist, Attorney General; Karen M. Holland, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. See State v. Franklin, 836 So.2d 1112 (Fla. 3d DCA 2003).
BARFIELD, WOLF and DAVIS, JJ., Concur.